```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    21 CRIM 11
                                 :
         - v. -                  :    SEALED INFORMATION
                                 :
JORGE LUIS HERNANDEZ VILLAZON,   :    20 cr. 21-cr-11
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X
```

**COUNT ONE**
(Conspiracy to Commit Money Laundering)

The United States Attorney charges:

1. From at least in or about November 2017, up to and including in or about October 2018, in the Southern District of New York and elsewhere, JORGE LUIS HERNANDEZ VILLAZON, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to engage in money laundering offenses, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), (a)(2)(B)(i), and 1957(a).

2. It was a part and an object of the conspiracy that JORGE LUIS HERNANDEZ VILLAZON, the defendant, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such

financial transactions, which in fact involved the proceeds of specified unlawful activity, to wit: (i) transportation of stolen goods, securities, and moneys in interstate commerce, in violation of Title 18, United States Code, Section 2314; and (ii) offenses against a foreign nation involving bribery of a public official, and the misappropriation, theft, and embezzlement of public funds by and for the benefit of a public official, as provided by Title 18, United States Code, Section 1956(c)(7)(B)(iv), knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

3.   It was a further part and an object of the conspiracy that JORGE LUIS HERNANDEZ VILLAZON, the defendant, and others known and unknown, transported, transmitted, and transferred, and attempted to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, knowing that the monetary instrument and funds represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and

the control of the proceeds of specified unlawful activity, to wit, (i) transportation of stolen goods, securities, and moneys in interstate commerce, in violation of Title 18, United States Code, Section 2314; and (ii) offenses against a foreign nation involving bribery of a public official, and the misappropriation, theft, and embezzlement of public funds by and for the benefit of a public official, as provided by Title 18, United States Code, Section 1956(c)(7)(B)(iv), in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Information, JORGE LUIS HERNANDEZ VILLAZON, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

### Substitute Asset Provision

5. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

   (Title 18, United States Code, Section 982;
   Title 21, United States Code, Section 853.)

*Audrey Strauss/ss*

AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JORGE LUIS HERNANDEZ VILLAZON,

Defendant.

INFORMATION

20 Cr.

(18 U.S.C. §§ 1956(h))

AUDREY STRAUSS
Acting United States Attorney.