UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 21-CR-11 (JPO) |
| JORGE LUIS HERNANDEZ VILLAZON, | ORDER |
| Defendant. | |

J. PAUL OETKEN, United States District Judge:

WHEREAS an application has been made for the unsealing of this matter, as circumstances underlying the parties' prior request for sealing and delayed docketing no longer exist;

IT IS HEREBY ORDERED that the Information, Waiver of Indictment, minute entry from the January 5, 2021 plea hearing, plea transcript, minute entry from the May 31, 2024 sentencing hearing, and Judgment be unsealed and placed on the public docket. The parties are to file redacted sentencing submissions onto the public docket by August 15, 2025. The Southern District Reporters are directed to file a redacted sentencing transcript by August 22, 2025.

SO ORDERED.

Dated: August 8, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge