UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x

UNITED STATES OF AMERICA : NOTICE OF INTENT TO
: FILE AN INFORMATION
- v. -
:
JORGE LUIS HERNANDEZ VILLAZON,
:
Defendant.
:
----------------------------------------- x

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
November 30, 2020

AUDREY STRAUSS
Acting United States Attorney

By: *Sheb Swett*
Sheb Swett
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: *Silvia B. Piñera-Vázquez*
Silvia B. Piñera-Vázquez, Esq.
Attorney for JORGE LUIS HERNANDEZ VILLAZON