UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA             :    **WAIVER OF INDICTMENT**
:
          - v. -                     :    21 Cr. ___ (JSR)
:
JORGE LUIS HERNANDEZ VILLAZON,       :
:
          Defendant.                 :
:
- - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1956(h), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JORGE LUIS HERNANDEZ VILLAZON
Defendant

_____
Witness

_____
SILVIA PIÑERA-VAZQUEZ, ESQ.
Counsel for Defendant

Date:    January 5, 2021