UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Unsealed
So ordered
8/13/25

*[signature]*
USDJ

CASE NO. 21-cr-11

___ UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE HERNANDEZ,

Defendant.

**SEALED**

NOTICE OF MOTION TO ADMIT
SILVIA B. PIÑERA-VAZQUEZ
**PRO HAC VICE**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Silvia B. Piñera-Vazquez in support of this motion and the Certificate of Good Standing attached thereto, we will move this Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Silvia B. Piñera-Vazquez, of the law firm Piñera-Vazquez P.A., and a member in good standing of the Bar of the State of Florida, as attorney *pro hac vici* to argue or try this case in whole or in part as counsel for defendant Jorge Hernandez. There are no pending disciplinary proceedings against me in any State or Federal courts.

SO ORDERED.

Date: Jan. 5, 2021

*[signature]*
United States District Judge

Respectfully submitted,

PIÑERA-VAZQUEZ LAW FIRM

*[signature]*
Silvia B. Piñera-Vazquez
1200 Brickell Avenue
Suite 520
Miami, Florida 33131
Tel: (305) 443-0629
sbp@pineravazquezlaw.com

• Piñera-Vazquez Law Firm •