

Piñera-Vazquez Law Firm
1200 Brickell Avenue
Suite 520
Miami, Florida 33131
T. 305.443.0629
F. 305.377.3030
sbp@pineravazquezlaw.com

*Via Electronic Mail*

## TO BE FILED UNDER SEAL

May 28, 2024

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:**  ***United States v. Jorge Luis Hernandez Villazon,***
> <u>**Case No. 21 Cr. 11 (JPO)**</u>

Dear Judge Oetken:

On behalf of our client, Jorge Luis Hernandez Villazon, we respectfully submit this letter in connection with his sentencing currently scheduled for May 31, 2024. This letter addresses both his corrections and objections to the Presentence Investigation Report ("PSR"), along with the relevant statutory factors contained in 18 U.S.C. §3553.

In light of the detailed submission previously provided by the government summarizing Mr. Hernandez' background and highlighting his significant substantial assistance to multiple law enforcement agencies, this letter serves to expand upon his background in order to assist this Court in fashioning an appropriate sentence.[1]

### Preliminary Statement

Twenty three years ago, Jorge Hernandez, made a life altering decision when

---

[1]/Additionally, Mr. Hernandez submits letters of support from his family and friends, attached hereto as Exhibit "A". For ease of reference, the original Spanish letters follow the English translation.

he walked into the United States Embassy in Colombia and began cooperating with US law enforcement against drug trafficking organizations and violent paramilitary groups. Mr. Hernandez, born and raised in Baranquilla, Colombia, was only 34 years old when he made that fateful decision, but he had already experienced a long life of crime and violence and he decided he could not continue to live this way. The government agents accepted his cooperation and for his protection, moved him and his young family to the United States.

For the next seventeen years, Mr. Hernandez worked with multiple law enforcement agencies, FBI, DEA, HSI, among others, in different jurisdictions to combat the importation and trafficking of narcotics in the United States. He followed the direction of his multiple control agents and his information proved to be extremely valuable for many years. Mr. Hernandez, cooperating without the benefit of personal counsel, earned the respect and admiration of high level law enforcement agents.[2]

For this reason, in October 2018, when two FBI agents knocked on his door and asked him questions about suspicious money transfers, Mr. Hernandez answered truthfully and did not hesitate to cooperate. Unfortunately, however, this time he was a target of law enforcement and not a protected source. Despite this situation, Mr. Hernandez continued to be forthcoming, obtained legal counsel, signed a cooperation agreement and plead guilty to money laundering in this case. Throughout this entire time Mr. Hernandez not only cooperated in the instant case, but as detailed in the government's submission and the PSI, in several other investigations and high profile cases. Indeed, Mr. Hernandez testified for two days as the main government witness before Your Honor in the case of *United States v. Costanzo and Recio*, Case No. 22 Cr. 281 (JPO). Both former DEA agents were convicted in short order. His cooperation and testimony during trial that case came at great personal risk to Mr. Hernandez and his family as he endured multiple life threats from here and abroad during this time. *See* Government submission for further details.

As detailed in the letters to the Court from his family and friends, Mr. Hernandez is truly remorseful for his lapse in judgment, accepts responsibility for his crime and respectfully requests that the Court take into consideration his significant cooperation and sentence him to time served, as recommended by the PSI.

---

[2]/Former DEA Miami Deputy Special Agent in Charge Jaime Camacho summarizes his assistance as follows: "Mr. Hernandez's cooperation unquestionably contributed to innumerable lives saved, enhanced officer safety measures, and subjected law enforcement agencies to reexamine existing policies and procedures to uphold personnel integrity and maintain the public's trust." *See* Exhibit A-7.

## Nature and Characteristics of Jorge Hernandez

Jorge Hernandez is a fifty-seven (57) year old Colombian national who has been living in the United States for the last twenty-five (25) years as a result of his significant and life threatening cooperation with several US law enforcement agencies.[3]

████████████████████████████████████████████████

████████████████████████████████████████████████

Since settling in the United States, Mr. Hernandez changed the trajectory of his life and that of his family. He decided to work with the US government so that his family could live in a country that respected laws and life. █████████████

████████████████████████████████████████████████

Jorge Hernandez was born in Colombia to hard working parents with a large

---

[3]/Mr. Hernandez currently has legal status in the United States under the Convention Against Torture (CAT). 8 C.F.R. §§ 1208.16 - 1208.18. Due to his sensitive and dangerous cooperation against narcotics traffickers and paramilitary groups in Colombia, he would likely be assassinated if returned to Colombia. Accordingly, he was granted CAT status several years ago.

family. His father was a supervisor in the Colombian government's auditing department and his mother took care of the home raising seven (7) children. While Mr. Hernandez had a stable childhood, he lived in an area plagued by drugs and dangerous paramilitary organizations. For most of his upbringing, Mr. Hernandez was able to steer clear of these violent organizations. Eventually, however, his own brothers recruited him into the drug underworld of Colombia and he entered the criminal world.

Despite his success in the narcotics trade, Mr. Hernandez was never comfortable living in the drug world. Due to his large physical build and loyal predisposition, drug organizations recruited him to join their ventures. As a result, Mr. Hernandez learned the trade and became keenly aware of the dynamics between its leaders and workers. For many years he was a trusted confident to the organizations' top leaders gaining sensitive information and intelligence.

████████████████████████████████████████████ These two major events had a significant impact on Mr. Hernandez helping him realize that he did not want to live and raise of family in the violent ridden, drug infested world he had come to know. Mr. Hernandez decided to leave the drug trade but was aware that he could only do so with the protection and assistance of the United States government; he was too high up the command chain to simply, leave. It was at that time that he walked into the US Embassy in Colombia and began his cooperation with law enforcement authorities. Mr. Hernandez began his cooperation in Colombia and eventually, due to the sensitive nature of the information he provided, in April 2001, the government arrange the transfer and admission to the United States for him and his family.

During this early period, Mr. Hernandez worked with two Assistant United States Attorneys out of Washington DC. Mr. Hernandez placed his full trust and faith in the United States government to protect his family and guide him in this new country. Mr. Hernandez did not even retain private counsel to represent him during his interactions with the government. Indeed, for the next seventeen (17) years Mr. Hernandez continued to cooperate and interact with various law enforcement agencies without securing personal representation. This lack of personal counsel confirms the blind trust that he placed in the US government and its representatives.[4]

For several years, Mr. Hernandez worked with DEA in Tampa and Miami in a

---

[4]/Unfortunately, this blind trust came at a great personal cost to Mr. Hernandez several times. Multiple agents threatened Mr. Hernandez with deportation and attempted to extort him if he did not facilitate information or provide other goods. Mr. Hernandez reported these instances to his control agents who successfully charged and prosecuted a number of these corrupt agents.

joint intelligence-driven operation interdicting maritime drug traffickers. His control agent, ███████████████████████████ describes Mr. Hernandez as one of the "operations's principal collaborators" responsible for the "daily intelligence collection and enforcement logistics" that led to record interdiction and arrests, "to the detriment and inevitable exposure to him and his family." *See* Exhibit A-7. Specifically, ███████████████████ explains:

> Mr. Hernandez routinely provided credible information on national security implications, including designated foreign terrorist organizations' activities, and reported institutional accountability matters. Is cooperation with various law enforcement agencies and prosecution teams launched independent investigations leading to the termination, arrest, and conviction of corrupt U.S. government law enforcement an military intelligence officials, including, most recently a former and an active DEA senior supervisory special agent.

*See* Exhibit A-7 at 2.

As time progressed, Mr. Hernandez expanded his business model and began working with multiple criminal defense attorneys that represented individuals that wanted to surrender to the US government or had been arrested. Mr. Hernandez continued to have family and contacts in Colombia that reached out to him for assistance with the legal system in the United States. Mr. Hernandez connected these individuals with counsel, assisted in the investigation and surrender, along with participating in the defense of the individuals. For this, Mr. Hernandez was generally compensated by counsel.

While Mr. Hernandez worked hard to provide for his growing family, he also took the time to be a present father. As detailed in the letters submitted by his wife and eldest son, Mr. Hernandez is a caring and dedicated father. He provides not only financial support, but emotional and physical support to his family. ███████████

Colombia. While they are aware of their father's past life, it is clear that Mr. Hernandez decided to share his troubles to prevent his sons from the same trajectory.

Simply put, Mr. Hernandez is a man of faith dedicated to his family and church. He respects this country and as a result of his unique history, has always sought to assist the government in its investigations. He deeply regrets that he is in this situation but accepts responsibility for his mistake.

## Nature and Circumstance of the Offense Charged

On January 5, 2021, Mr Hernandez pled guilty to a one-count information charging him with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h). This plea came three years after Mr. Hernandez was approached by the FBI in 2018 and pursuant to a previously executed cooperation agreement with the government. Since then, Mr. Hernandez cooperated with the government, recording multiple conversations with the co-conspirator Bruce Bagley where he acknowledge that he was aware the funds deposited in his bank account were not legitimate. Bagley eventually pled guilty and was sentenced to six months incarceration.

It is important to note that the funds that were transferred to bank accounts controlled by Bagley came from Alex Saab, previously charged with corruption, and was to retain criminal counsel for his representation in the Southern District of Florida. Unfortunately, rather than wire transfer the funds directly to criminal counsel, Saab wired the funds to Bagley and Mr. Hernandez for counsel retention. Bagley charged a 10% fee for this service; Mr. Hernandez did not charge any fee. Essentially, Mr. Hernandez planned to work with the Saab criminal defense team and assist in his representation. However, the funds transferred to the bank accounts was not clean and Mr. Hernandez admitted that he knew this to the FBI agents when they approached him in 2018. At no point has he ever denied his involvement in this case.

Mr. Hernandez' sole defense was that the multiple criminal defense counsel that he was working with to represent Saab never alerted him that he could not receive Saab funds directly to pay for counsel. The funds should have been sent directly to criminal counsel in order to avoid Mr. Hernandez' current situation. Despite this defense, Mr. Hernandez understands the nature of his crime and accepts full responsibility. With this in mind, Mr. Hernandez continued to cooperated with the government on other investigations.

## Cooperation

On May 17, 2024, the government submitted a nine (9) page letter to this Court detailing Mr. Hernandez extraordinary and dangerous cooperation with the government. The letter was submitted in support of the government's request for a

downward variance  pursuant to Section 5K1.1(a) of the United States Sentencing Guidelines.  Mr. Hernandez defers to the details in the government's letter that outlines his substantial assistance in this case and other investigations and requests that the government's motion be granted.

### Presentence Investigation Report

Mr. Hernandez agrees with the PSR that his applicable Guideline offense is 21 with a Criminal History Category of I. Accordingly, while he does not have any substantive legal objections to the Guideline calculation, he does object to certain representations in the PSR. Additionally, Mr. Hernandez submits the following factual corrections to the numbered paragraphs in the PSR.

## PART A. THE OFFENSE

### Charges and Conviction

3.    Mr. Hernandez pleaded guilty on January 5, 2021, pursuant to a plea agreement executed on November 17, 2020, and requests that the PSR be corrected accordingly.

5.    Mr. Hernandez submits that the case in the Southern District of Florida against Alex Nain Saab was dismissed  following a prisoner swap in which Saab was returned to Venezuela.

8.    Mr. Hernandez submits that his company is ███████████████ ██████████████████ and requests that the PSR reflect the correct name of the company. It is ████████████████ that transferred the funds related to this case and the company used by law enforcement to assist in its investigation of money laundering and narcotics activities.

15.   Mr. Hernandez objects to the failure of the PSR to detail that after being approached by the FBI in October 2018 and prior to the December 2018 money laundering discussion with Bagley, Mr. Hernandez agreed to cooperate with the government. Indeed the conversation with Bagley described in this paragraph was part of his undercover cooperation and was controlled by FBI.

15-20  Every conversation and activity after October 2018 was under the direction and supervision of FBI. Accordingly, the facts in these paragraphs, including the wire transfers were all conducted under the supervision and authorization of the government.  Mr. Hernandez requests that this fact be included in the PSR.

24.   Mr. Hernandez submits that the case against Saab was dismissed and

thus the government will not be providing the total value of any funds laundered.

27.    Mr. Hernandez did not "decline to discuss the details of his involvement in the instant offense" with the probation officer as this was not the purpose of the interview. Mr. Hernandez accepted responsibility for his crime, and as detailed in the government's submission, did so on the day he was approached by law enforcement in October 2018. Mr. Hernandez requests that this fact be corrected.

## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data



52.    Mr. Hernandez requests that this paragraph be corrected to reflect that he did not leave the United States of his own volition. On the contrary, in 2009 corrupt agents threatened to have him arrested and deported so he was forced to leave to avoid arrest. The action of the corrupt agents was subsequently reported and confirmed by the government.

### Employment Record

71.    Mr. Hernandez requests that this paragraph be corrected to reflect that ▮▮▮▮▮▮▮▮▮▮ was a corporation created under the direction of law enforcement to be utilized to open a bank account for undercover operations during his cooperation with Panama Express. Mr. Hernandez did not use this corporation to conduct personal business.

### Financial Condition: Ability to Pay

73.    Mr. Hernandez objects to the inference that Mr. Hernandez failed to disclose a car to the probation officer. Mr. Hernandez disclosed all assets under his name to the probation officer. The car in this paragraph is owned and titled under the name of his wife and as such is not required

for disclosure. In an abundance of caution, Mr. Hernandez did disclose
that his wife owned a car.

74.    Mr. Hernandez submitted a documents in his possession and control and
attempted to comply with the probation officer's request to the best of his
ability.

78.    Mr. Hernandez objects that he has the ability to pay a fine and that a fine
should be imposed.

### Conclusion

Mr. Hernandez has accepted responsibility for his actions in this case, provided
substantial assistance to the government, cooperated in other active investigations and
placed his life and that of his family at significant risk by testifying in open court. On
behalf of Jorge Hernandez and as detailed herein, we respectfully submit that a
sentence of time served, is "sufficient, but not greater than necessary" to achieve the
goals of sentencing. 18 U.S.C. § 3553(a).

Respectfully submitted

PIÑERA-VAZQUEZ LAW FIRM

Silvia B. Piñera-Vazquez, Esq.

### Certificate of Service

**I HEREBY CERTIFY** that a copy of this Sentencing Letter submission UNDER
SEAL was provided to AUSA Sebastian Sweat and PSI Officer Johnny Y. Kim by E-
Mail this 28th day of May 2024.

Silvia B. Piñera-Vazquez, Esq.

-9-



Honarable Judge J. Paul Oetken
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007


I am writing to you respectfully to express all that I feel and think of my husband Jorge Luis Hernandez. During these twenty-four years of marriage, he has been my companion, friend, and my favorite person. I love him because I have received so much love from him and he has given me a very special place in his life. With him I have shared moments of joys and sorrows, where he has taken my hand and told me let's go together you are not alone. ███████████████████████████ in which my husband always supports me and every day we see the progress of our son. Throughout these years I have lived many difficult experiences where we have often been abandoned by everyone, but I am impressed by his way of rising in the face of adversity, protecting his family and keeping faith and giving strength to all of us. He is a family man and the most important thing for him after God is us. I also know that he has made a mistake but that does not make him a bad person, on the contrary it has helped him to be more cautious and strengthen the weak areas in his life. ██████████████████ ████ but most important thing that my husband has taught me and given me is love and giving my life to God, that has not only changed my life on this earth but also in the next one in heaven. I could go on writing may things about my husband and continue to be grateful to God for the husband he gave me. Thank you in advance for reading my letter and considering my testimony. God bless you, honorable Judge.

Sincerely

███████████████████████████



A-1b

December 7 of 2023

Judge J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl Street-
New York, New York 10007

Honorable Judge

Let us hold tightly without wavering to the hope we affirm, for God can be trusted to keep his

promise. Hebrews 10:23

Hello Honorable Judge, I hope you are doing well and that you are blessed with good health.

Today I am writing to you to attest to the fatherly-son bond that I have with my Dad. We've had

this bond ever since the day I was born because my Dad always told me the first thing he did

after I was born was giving me to God so that he could bless my life. My Dad has taught me

many things such as: being polite to everyone you're around with, always being honest with one

another, and most importantly is teaching me about God's love. I've applied that to my life in

many aspects in which I currently serve as a youth leader at my church praying to God that he

could use me as an instrument to impact the younger generation. Something about me is that I

have such a huge passion for sports and I envision myself in managing a professional team

because I'm all about strategy and intelligence. I've always included my Dad when we watched

sports which gave me a chance to explain to him how things work because we may be interested

in different things but I am more than willing to always listen to what my Dad has to say because

he is really loving, caring, and strong. Something that I really love and respect about my Dad

would be how he treats my Mom and it's something that not only me but everyone should admire. He always taught us to always be respectful to women and I'm proud to say that today being a gentleman is something that I value for the respect that I have for my mother and my future wife. Honorable Judge, the reason why I'm writing this to you today is to express my profound love and respect that I have for my Dad. We all have fallen short of the glory of God multiple times in our lifetime, and we have committed mistakes and sinned under God's eyes, however I believe in forgiveness and second chances in which I'm praying this over my Dad. When Jesus comes into our life, he immediately wipes every single dirty thing we have in our hearts, mind, and soul. Honorable judge, I hope you find this letter as an attestment to see how good of a person my Dad is and on how much I value him. May God bless you with many years of life and that he may continue be a blessing in your life and to your entire family.

Sincerely,



Judge J. Paul Oetken

Hello Honorable Judge. I hope you find yourself well. ███████████████ and I am

here to tell you about my dad. For my life, my words about my dad do not explain how good and

impactful he has been in my life. My dad is a hero to me. A man that is there for me when I am

down. I have shared many special moments with my dad. Moments like training together, going

out to eat or going out of town on trips. My dad always gives me the best advice that I need to

hear as a young man. One thing my dad tells me is to always put God first in everything I do.

Seeing my dad in a situation like this makes me incredibly sad and keeps me up at night because

honestly, I would not' know what I would do without my dad. Losing my dad is a nightmare that

I would not want to happen. My dad is an amazing person. He is very humble and looks out for

the best interests of other people. My dad is always the first one to help and serve. He makes that

a part of his lifestyle. The love that I have for my dad is unconditional. Nothing can ever make

me lose the love I have for him. Honorable Judge, my dad is a good man. Good is an

understatement, my dad has no words to describe how amazing he is. I want you to know that

without my dad I would not be the man I am today. I know others may see my dad with a past.

My dad talked to me about his past teaching me that it was his past mistakes. He teaches me how

to never do what he did in the past. He always tells me to never repeat the same mistakes he has

made, and I never will. What I wanted to say with this Honorable Judge is that we all have a

past. We all have made mistakes including you and me. We all fall short of the glory of God, and

**A-3**

we all have sinned and made mistakes, however my dad should not be paying for his mistakes.
You see when Jesus comes to our life, he wipes our sins away. He deletes our past and we start
walking a new path with him. A new journey. A new life. That is exactly what my dad did when
he came to the United States Twenty-three years ago. My dad erased his life from the past and
started a new one here. He let go of his past and let God takeover. My dad deserves to live his
life. I need my dad in my life, and I want him in it. I love him so much. He is special to me. My
dad is a man who fears the Lord. He taught me all these things. I hope you can see how amazing
my dad is. I love him and he is my rock. He makes me a better person every day.


Sincerely

December of 2023

**Honorable Judge J. Paul Oetken**
United States District Court
Southern District of New York
500 Pearl Street –
New York, New York 10007

Honorable Judge Oetken:

I address you, respectfully, writing this letter to express my thoughts, impressions and feelings.
For more than 13 years, that I known Mr. Jorge Hernandez, a brother in Christ, he has been a good friend and mate.

During this time, Mr. Hernandez always conducted himself in a manner that was consistent with the highest moral principles and ethical standards.
Over these years, I have still impressed the way he's raising up his children with integrity, love and fear of the Lord, been an example of respect and humility; even on the occasions that he has been disappointed or not in agreement with other members and friends.
Some-times, I have witnessed how Mr. Hernandez has known, with all humility, to apologize and submit himself not only to the authorities of our Church, but also to fellow parishioners.
In my opinion, Mr. Hernandez is a highly trustworthy person who has a deep-rooted sense of loyalty and friendship; and last but not least, God fearing friend.

May the Lord bless you,





November 30th, 2023

Dear Honorable Judge Jed. S. Rakoff,

I'm writing to provide a character reference for Mr. Jorge Hernandez, whom I have known since November 2009. ████████ it is my privilege to attest to Jorge's character and integrity.

In the 14 years that I have known Jorge, he has consistently demonstrated unwavering dedication to his faith, church community and personal growth. ████ ████ I have had the opportunity to witness Jorge's commitment to his spiritual journey, actively participating in Bible distribution and spiritual educational tools to those who desire to grow in faith both here in the US and abroad. His faith is not only personal conviction but a guiding force that reflects his interactions with others. I have also observed the support he has given to his three sons in their spiritual walk and I am blessed to see that they have  become exemplary young men.

Jorge has been an integral part of the church community providing support to those in need. His compassion and empathy extend beyond the church walls embodying the principles of kindness, generosity and selflessness. In conclusion, I am confident that Jorge Hernandez has placed his trust in Jesus Christ, his savior and is a person of character and deep faith. His contributions to our community and his commitment to personal growth make him an asset to any endeavor he undertakes.

Sincerely,



A-5



December 3rd, 2023

**Honorable Judge Jed. S. Rakoff**
**United States District Court**
**Southern District of New York**
**500 Pearl Street- room 1340**
**New York, New York 10007**

I am writing this recommendation letter for Jorge Luis Hernandez. The purpose of this letter is to inform and affirm that Jorge Luis Hernandez and his family ████████████████████

████████████████████████████████ They serve our church community diligently, willingly, and consistently. Jorge ████████ come in to help clean the church on a weekly basis. Jorge also ████████ by showing generosity in his giving towards special church projects and initiatives. ████ serves on our prayer team and as a small group leader. Their ████ sons are actively involved in our student ministry and serve in various areas of church. The Hernandez family has been a great blessing to so many people throughout all of these years because of their loving kindness and thoughtful generosity.

I am encouraged to see how much Jorge Luis has grown in faith and personal character over these last years. He has received much counsel in the areas of marriage, family, Christian life, spiritual disciplines, and personal restoration. I have seen him take great steps in the right direction in regards to conflict resolution and dealing with stress from work. He is continuously looking for opportunities to help others, grow personally, and give generously as a member of our church congregation. So much so, that in addition to serving on ministry teams and giving generously to the church ministry, he also helps to fill needs via benevolence donations to families in need.

Jorge Luis and his family are making a great and positive impact on our community. I am proud of the progress that Jorge Luis has made as part of our church. I am proud to call him my spiritual brother. And I cant wait to see all that God has in store for him and his beautiful family.

I trust that these few lines express my support and recommendation for Jorge Luis Hernandez. Please feel free to contact me with any comments, questions, or concerns.

Respectfully,



December 10, 2023

Honorable Jed S. Rakoff
United States District Senior Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

To the Honorable Judge Rakoff:

Re: Defendant Jorge Hernandez-Villazón



I respectfully wish to summarize Jorge Hernandez's extensive and significant cooperation with the U.S. government. This letter intends not to excuse Mr. Hernandez's offense, for which he pled guilty and deeply regrets, but to respectfully provide the Court with information for review and consideration.

I met and developed a professional working relationship with Mr. Hernandez when assigned as

During the operation's region, Mr. Hernandez agreed to cooperate as a confidential source. After a thorough debriefing, evaluation, and guidance, he soon became one of the operation's principal collaborators. For approximately six years, Mr. Hernandez was responsible for the daily intelligence collection and enforcement logistics that led to record cocaine and other dangerous drugs seizures, arrests, recruitment of key sources of information, and eventually, the extradition of high-level foreign-based command and control organizational leaders. He gathered critical information that otherwise would have been extremely difficult for law enforcement to obtain, particularly an in-depth understanding of transnational maritime drug transportation organizations, their submersible drug smuggling vessels' complexities and remote networks, and financial sustainability. Mr. Hernandez's interactions with the operation's supervisors and other government entities were always professional and respectful. This sensitive operation required Mr. Hernandez's full commitment to law enforcement's direction and specific instructions to the detriment and inevitable exposure to him and his family.

A-7

Furthermore, Mr. Hernandez routinely provided credible information on national security implications, including designated foreign terrorist organizations' activities, and reported institutional accountability matters. His cooperation with various law enforcement agencies and prosecution teams launched independent investigations leading to the termination, arrest, and conviction of corrupt U.S. government law enforcement and military intelligence officials, including, most recently, a former and an active DEA senior supervisory special agent.

Mr. Hernandez's cooperation unquestionably contributed to innumerable lives saved, enhanced officer safety measures, and subjected law enforcement agencies to reexamine existing policies and procedures to uphold personnel integrity and maintain the public's trust. Mr. Hernandez continues to assist federal law enforcement with vital, actionable intelligence.

Concurrently, I w██████████████mandez's spiritual growth as a devoted███h leader through the years. Alongside ███████████, they lovingly and responsibly raised ██ accomplished young adults of s█

Thank you for your time and consideration. I am available to confirm and expound on the facts

